IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**TRAVIS WYNNE ELMORE**                                                          **PETITIONER**

**V.**                                                    **CIVIL ACTION NO. 2:11-CV-256-KS-MTP**

**BEN FORD**                                                                           **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On April 17, 2012, the Magistrate Judge entered a Report and Recommendation [12] in this matter. Therein, the Magistrate Judge directed Plaintiff to serve and file written objections within fourteen days and warned Plaintiff that failure to do so may bar him from attacking the proposed factual findings and legal conclusions on appeal. On April 27, 2012, the copy of the Report and Recommendation that the Court mailed to Plaintiff was returned as undeliverable because he was no longer at the address he provided to the Court. Of course, Plaintiff did not object to the Report and Recommendation.

In its order of January 20, 2012, the Court explicitly warned Plaintiff that failure to timely comply with an order of the Court or failure to inform the Court of his current address may result in the dismissal of his case.

The Court has fully reviewed the Report and Recommendation and concludes that it is an accurate statement of the facts and correct analysis of the law. Therefore, the Court accepts, approves, and adopts the factual findings and legal conclusions contained in the Report and Recommendation entered by United States Magistrate Judge Michael T. Parker pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, Plaintiffs' claims are **dismissed with prejudice**. A separate judgment shall be entered as required by Rule 58.

SO ORDERED AND ADJUDGED this, the 14th day of May, 2012.

                                    *s/Keith Starrett*
                                    UNITED STATES DISTRICT JUDGE